248 U. S.    Decisions on Petitions for Writs of Certiorari.

*Alexander Britton* and *Mr. Evans Browne* for petitioner. *Mr. Edward S. Bailey* for respondent.

————

No. 613. MONTEZUMA VALLEY IRRIGATION DISTRICT ET AL. *v.* MARK NORRIS ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. B. W. Ritter* for petitioners. *Mr. Mark Norris, Mr. Clyde C. Dawson, Mr. Fred R. Wright* and *Mr. Charles D. Hayt* for respondents.

————

Nos. 621, 622. JOHN A. S. BROWN ET AL. *v.* AUSTIN B. FLETCHER, TESTAMENTARY TRUSTEE, ETC., ET AL. October 28, 1918. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles H. Burr* and *Mr. Monroe Buckley* for petitioners. *Mr. Selden Bacon* and *Mr. Austin B. Fletcher* for respondents.

————

No. 623. TOLEDO & OHIO CENTRAL RAILWAY COMPANY *v.* S. J. KIBLER & BROTHERS COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. John H. Doyle* and *Mr. Frederick W. Gaines* for petitioner. *Mr. C. E. McBride* for respondent.

————

No. 626. BALTIMORE & OHIO RAILROAD COMPANY *v.* JOHN E. FUTHEY ET AL. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals, Eighth Judicial District, State of Ohio, denied. *Mr. S. H. Tolles* for petitioner. No appearance for respondents.